UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

        v.                Case No.  07-cr-144-01-SM

<u>Richard Ellison</u>

## O R D E R

Defendant Ellison's motion to continue the final pretrial conference and trial is granted  (document 8).   Trial has been rescheduled for the October  2007 trial period.   Defendant Ellison shall file a waiver of speedy trial rights not later than August 27, 2007.   On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:**  September 21, 2007 at 4:00 p.m.

**Jury Selection**: October 10, 2007 at 9:30 a.m.

SO ORDERED.

*[signature]*
Steven J. McAuliffe
Chief Judge

August 21, 2007

cc: Michael R. Smith, Esq.
    Don Feith, AUSA
    US Probation
    US Marshal